```
Gretchen Stuhr, County Counsel SBN 236869
COUNTY OF DEL NORTE
981 "H" Street, Ste. 220
Crescent City, California 95531
Telephone: (707) 464-7208/Facsimile: (707) 465-0324
Attorney for Del Norte County
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Resighini Rancheria, Frank Dowd, and Gary Dowd

    Plaintiff,

v.

Dean Wilson Del Norte Sheriff,

    Defendants.

CASE NO. C-11-6710 EMC

STIPULATION AS TO DATE TO FILE DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND AGREE TO TELEPHONIC APPEARANCE OF DEFENDANT'S COUNSEL

## STIPULATION

1. The parties to this case, by and through their respective counsel of record, hereby stipulate to September 17, 2012 as the due date for Defendant's Answer to Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief; and

2. Because Defendant's Counsel has a previously scheduled conference out of town September 14, 2012, the parties to this case, by and through their respective counsel of record, hereby stipulate to Counsel for Plaintiff and Defendant appearing telephonically for the Case Management scheduled September 14, 2012.

WHEREFORE, the parties enter into this Stipulation and jointly request that the Court enter its order as indicated herein.

IT IS SO STIPULATED.

DATED: September 6, 2012

_[signature]_

Gretchen Stuhr, County Counsel
Attorney for Defendants

DATED: 9/7/12

_[signature]_

Lester J. Marston, Esq.
Rapport & Marston, Petitioner
SBN 081030

```
                                          405 West Perkins Street
                                          Ukiah, CA 95482
                                          707-462-6846
```

## ORDER

The Court, having reviewed and considered the foregoing Stipulation, and good cause appearing therefore:

1. Defendant's Answer to Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief is hereby due September 17, 2012 or until further notice of this Court.

2. Counsel for Defendant appearing telephonically for the Case Management currently scheduled for September 14, 2012.

IT IS SO ORDERED.

Dated: 9/13/12

_____
JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Edward M. Chen]