LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RESIGHINI RANCHERIA, FRANK DOWD, and GARY DOWD,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEAN WILSON, individually and in his official capacity as Del Norte County Sheriff,<br><br>　　　　Defendant. | Case No. CV 11 6710 EMC<br><br>STIPULATION AND ORDER |

The parties in the above entitled matter hereby STIPULATE that:

    1.    The plaintiffs shall have leave to file a second amended complaint; and

    2.    The defendant shall take their motion to dismiss, set for a hearing on November 2, 2012, at 1:30 p.m., off calendar to allow the parties to pursue settlement negotiations. These negotiations will take place for a reasonable period of time not to exceed sixty (60) days. If, at the end of the settlement negotiations, the parties have not reached an agreement settling the case, the defendant shall have the right to re-notice and set a hearing on defendants' motion to dismiss.

    3.    The Court can issue an order, pursuant to this stipulation, ordering the parties to carry out the terms and conditions of this stipulation.

Dated: October 1, 2012                    Respectfully Submitted,

                                          RAPPORT AND MARSTON


                                          By:  s/ Lester J. Marston
                                                LESTER J. MARSTON
                                                Attorneys for Plaintiffs


                                        DEL NORTE COUNTY COUNSEL


                                          By:  s/ Gretchen Stuhr
                                                GRETCHEN STUHR
                                                Attorney for Defendant

### ORDER

Having read the foregoing stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED, that the parties shall comply with the terms and conditions of the above stipulation. The hearing currently set for November 2, 2012 at 1:30 p.m. is hereby vacated.

Dated: October _3_, 2012

                                          Edward M. Chen
                                          United States District Judge