```
LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
```

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RESIGHINI RANCHERIA, FRANK DOWD, and GARY DOWD,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEAN WILSON, individually and in his official capacity as Del Norte County Sheriff,<br><br>　　　　Defendant. | Case No. CV 11 6710 EMC<br><br>STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO PURSUE SETTLEMENT AND ORDER THEREON<br><br>DATE: May 30, 2013<br>TIME: 9:00 a.m.<br>CTRM.: 5, 17th Floor |

The parties, by and through their respective, undersigned legal counsel, hereby stipulate as follows:

1. On March 7, 2013, the parties filed a Joint Case Management Statement and requested the Court to continue the Case Management Conference in this case for an additional 60 days in order to allow the parties to pursue settlement.

2. By Order of the Court, the Court reset the Case Management Conference from March 7, 2013 to May 30, 2013, and ordered the parties file a Joint Case Management Statement by May 23, 2013.

3. The Stipulation for Entry of Judgment that was negotiated by the attorney's by the parties was not approved by the parties. The parties then began new negotiations

in good faith in attempt to settle the case. Attorney's for the Plaintiffs have now drafted a comprehensive settlement agreement which it is submitting to the Defendant's for their review and approval. Under the terms of the settlement the Court would not be required to approve the settlement but rather if the County approves the settlement the Plaintiffs will dismissed the case without prejudice.

4. The parties are requesting that the Court continue the Case Management Conference for an additional 60 days to allow the parties this last opportunity to settle this case under the terms and conditions of the proposed settlement agreement. Fourteen (14) days prior to the date that the Court sets for a new Case Management Conference, the parties will file an updated Joint Case Management Statement.

DATED: May 14, 2013　　　　　　　　　　RAPPORT AND MARSTON

By: */s/ Lester J. Marston*
LESTER J. MARSTON
Attorney for Plaintiffs

DATED: May 14, 2013　　　　　　　　　　DEL NORTE COUNTY COUNSEL

By: */s/ Gretchen Stuhr*
GRETCHEN STUHR
Attorney for Defendant

ORDER

Having read the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Case Management Conference presently set for May 30, 2013, at 9:00 a.m. is vacated. A Case Management Conference shall be held on July 25, 2013 at 9:00 a.m. The parties shall file a Joint Case Management Conference Statement by July 18, 2013.

DATED: May 16, 2013



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen, District Court Judge

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO PURSUE SETTLEMENT AND ORDER THEREON

S:\LJM\Pldgs13\Resighini\Wilson\stip

## CERTIFICATE OF SERVICE

I, LESTER J. MARSTON, hereby certify that a copy of the foregoing document was this date served upon all counsel of record by electronically filing the foregoing with the Clerk of the U.S. District for the Northern District of California, using its ECF system, which automatically provides electronic notification to the following:

Cecilia Louise Dennis
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 95814
(415) 703-5395

Matthew G. Bullock
State of California of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 95814
(415) 703-1678

Attorney for Defendant Charles H. Bonham

Gretchen Maria Stuhr
Del Norte County Counsel
981 H Street, Suite 220
Crescent City, CA 95531
(707) 464-7208

Attorney for Dean Wilson

                     */s/ Lester J. Marston*
                     LESTER J. MARSTON, Attorney
                     for Plaintiffs