1   LESTER J. MARSTON
    California State Bar No. 081030
2   RAPPORT AND MARSTON
    405 West Perkins Street
3   Ukiah, CA 95482
    Telephone: 707-462-6846
4   Facsimile: 707-462-4235

5

6   Attorneys for Plaintiffs

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  RESIGHINI RANCHERIA, FRANK DOWD, )   Case No. CV 11 6710 EMC
    and GARY DOWD,                   )
12                                   )
                                     )
13          Plaintiffs,              )   STIPULATION FOR CONTINUANCE
                                     )   OF CASE MANAGEMENT
14      vs.                          )   CONFERENCE TO PURSUE
                                     )   SETTLEMENT AND ORDER
15  DEAN WILSON, individually and in his )   THEREON
    official capacity as Del Norte County )
16  Sheriff,                         )
                                     )   DATE:  May 30, 2013
17          Defendant.               )   TIME:   9:00 a.m.
    _____ )   CTRM.: 5, 17th Floor

18

19          The parties, by and through their respective, undersigned legal counsel, hereby

20  stipulate as follows:

21          1.      On March 7, 2013, the parties filed a Joint Case Management Statement and

22  requested the Court to continue the Case Management Conference in this case for an

23  additional 60 days in order to allow the parties to pursue settlement.

24          2.      By Order of the Court, the Court reset the Case Management Conference

25  from March 7, 2013 to May 30, 2013, and ordered the parties file a Joint Case

26  Management Statement by May 23, 2013.

27          3.      The Stipulation for Entry of Judgment that was negotiated by the attorney's

28  by the parties was not approved by the parties. The parties then began new negotiations

S:\LJM\Pldgs13\Resighini\Wilson\stip          1          STIPULATION FOR CONTINUANCE OF CASE
                                                          MANAGEMENT CONFERENCE TO PURSUE
                                                          SETTLEMENT AND ORDER THEREON

in good faith in attempt to settle the case. Attorney's for the Plaintiffs have now drafted a comprehensive settlement agreement which it is submitting to the Defendant's for their review and approval. Under the terms of the settlement the Court would not be required to approve the settlement but rather if the County approves the settlement the Plaintiffs will dismissed the case without prejudice.

4.     The parties are requesting that the Court continue the Case Management Conference for an additional 60 days to allow the parties this last opportunity to settle this case under the terms and conditions of the proposed settlement agreement. Fourteen (14) days prior to the date that the Court sets for a new Case Management Conference, the parties will file an updated Joint Case Management Statement.

DATED: May 14, 2013                    RAPPORT AND MARSTON

                                       By:    /s/ Lester J. Marston
                                              LESTER J.  MARSTON
                                              Attorney for Plaintiffs

DATED: May 14, 2013                    DEL NORTE COUNTY COUNSEL

                                       By:    /s/ Gretchen Stuhr
                                              GRETCHEN STUHR
                                              Attorney for Defendant

ORDER

    Having read the foregoing stipulation and good cause appearing therefore,

    IT IS HEREBY ORDERED, that the Case Management Conference presently set for May 30, 2013, at 9:00 a.m. is vacated. A Case Management Conference shall be held on July 25, 2013 at 9:00 a.m. The parties shall file a Joint Case Management Conference Statement by July 18, 2013.

DATED: May 16, 2013



IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen
_____ t Court Judge

STIPULATION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE TO PURSUE
SETTLEMENT AND ORDER THEREON

1

2                              **CERTIFICATE OF SERVICE**

3

4          I, LESTER J. MARSTON, hereby certify that a copy of the foregoing document was

   this date served upon all counsel of record by electronically filing the foregoing with the
5
   Clerk of the U.S. District for the Northern District of California, using its ECF system,
6
   which automatically provides electronic notification to the following:
7

8
   Cecilia Louise Dennis
9  Office of the California Attorney General
   455 Golden Gate Avenue, Suite 11000
10 San Francisco, CA 95814
   (415) 703-5395
11

12 Matthew G. Bullock
   State of California of the Attorney General
13 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 95814
14 (415) 703-1678

15

16 Attorney for Defendant Charles H. Bonham

17 Gretchen Maria Stuhr
   Del Norte County Counsel
18 981 H Street, Suite 220
   Crescent City, CA 95531
19 (707) 464-7208

20
   Attorney for Dean Wilson
21
                              */s/ Lester J. Marston*
22                            LESTER J. MARSTON, Attorney
                              for Plaintiffs
23

24

25

26

27

28

STIPULATION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE TO PURSUE
SETTLEMENT AND ORDER THEREON