LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RESIGHINI RANCHERIA, FRANK DOWD, and GARY DOWD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEAN WILSON, individually and in his official capacity as Del Norte County Sheriff,<br><br>Defendant. | Case No. CV 11 6710 EMC<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER |

The parties, by and through their respective under signed legal counsel hereby stipulate as follows:

1. The above entitled lawsuit against Del Norte County Sheriff Dean Wilson ("Wilson") shall be dismissed without prejudice.

2. Wilson, during his tenure in office, shall not deputize or authorize any person or their agent to exercise California peace officer powers to enforce any provisions of the California Fish and Game Code against enrolled members of the Resighini Rancheria while said members are fishing in the Klamath River within the boundaries of the Klamath River Indian Reservation/Extension, as depicted on the map entitled

"Appendix to Opinion of the Court," which is hereby incorporated by this reference as if set forth here in full and attached hereto as **Exhibit A**.

3. Each party shall bear their own costs and attorneys' fees in this matter.

4. The Parties further agree that the Court may enter an appropriate order pursuant to this stipulation under which the parties shall carry out the terms of this stipulation.

Dated: January 16, 2014    Respectfully Submitted,

RAPPORT AND MARSTON

By: /s/ *Lester J. Marston*
LESTER J. MARSTON
Attorneys for Plaintiffs

Dated: January 15, 2014    DEL NORTE COUNTY COUNSEL

By: /s/ *Gretchen Stuhr*
Gretchen Stuhr
Attorney for Defendant

**O R D E R**

Having read the above stipulation of the parties, and good cause appearing therefor, the parties shall carry out the terms of this stipulation and the above entitled matter shall be dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 22, 2014



_____
District Judge

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER
C 11-6710 EMC

\\Server\s\LJM\Pldgs14\Resighini\Wilson\Stip.Settle.Order.wpd

2

**CERTIFICATE OF SERVICE**

I, LESTER J. MARSTON, hereby certify that a copy of the foregoing document was this date served upon all counsel of record by electronically filing the foregoing with the Clerk of the U.S. District for the Northern District of California, using its ECF system, which automatically provides electronic notification to the following:

Elizabeth Cable
Del Norte Depute County Counsel
981 H Street, Suite 220
Crescent City, CA 95531

*s/ Lester J. Marston*
LESTER J. MARSTON,
Attorney for the Plaintiffs

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE AND PROPOSED ORDER
CV 11 6710 EMC

3

\\Server\s\LJM\Pldgs14\Resighini\Wilson\Stip.Settle.Order.wpd

Mattz v. Arnett, 412 U.S. 481 (1973)
## APPENDIX TO OPINION OF THE COURT

MAP OF HOOPA VALLEY INDIAN RESERVATION, CALIFORNIA*

Scale: 1 inch = 12 miles



LEGEND:
- ▨ Old Klamath River Reservation.
- ▦ Connecting Strip.
- ▧ Original Hoopa Valley Reservation.

*United States Department of Interior, General Land Office 1944.

EXHIBIT A